UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:17-cr-97-T-17-TBM
46 U.S.C. §§ 70503(a), 70506(a) and (b)

EDWIN DARWIN QUINTERO BRAVO,
WALBERTO CUERO CORTES,
LUIS ALFREDO PARRALES BRAVO, and
FRANCISCO RODRIGUEZ BARAJAS

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

From an unknown date, continuing through on or about February 23, 2017, while on board a vessel subject to the jurisdiction of the United States, the defendants,

EDWIN DARWIN QUINTERO BRAVO,
WALBERTO CUERO CORTES,
LUIS ALFREDO PARRALES BRAVO, and
FRANCISCO RODRIGUEZ BARAJAS,

each of whom will be brought into the United States at a point in the Middle District of Florida, did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance a controlled substance.

All in violation of 46 U.S.C. §§ 70503(a), 70506(a) and (b), and 21 U. S. C. § 960(b)(1)(B)(ii).

## COUNT TWO

From an unknown date, continuing through on or about February 23, 2017, while on board a vessel subject to the jurisdiction of the United States, the defendants,

EDWIN DARWIN QUINTERO BRAVO,
WALBERTO CUERO CORTES,
LUIS ALFREDO PARRALES BRAVO, and
FRANCISCO RODRIGUEZ BARAJAS,

each of whom will be brought into the United States at a point in the Middle District of Florida, did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 18 U.S.C. § 2, and 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507 and 28 U.S.C. § 2461(c).

2. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

EDWIN DARWIN QUINTERO BRAVO,
WALBERTO CUERO CORTES,
LUIS ALFREDO PARRALES BRAVO, and
FRANCISCO RODRIGUEZ BARAJAS,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 21 U.S.C. § 960, the defendants,

EDWIN DARWIN QUINTERO BRAVO,
WALBERTO CUERO CORTES,
LUIS ALFREDO PARRALES BRAVO, and
FRANCISCO RODRIGUEZ BARAJAS,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or,

e. has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

A. LEE BENTLEY, III
United States Attorney

By: Daniel M. Baeza
Assistant United States Attorney

By: Joseph K. Ruddy
Assistant United States Attorney
Chief, Narcotics Section

FORM OBD-34
APR 1991

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

EDWIN DARWIN QUINTERO BRAVO,
WALBERTO CUERO CORTES,
LUIS ALFREDO PARRALES BRAVO, and
FRANCISCO RODRIGUEZ BARAJAS

**INDICTMENT**

Violations: 46 U.S.C. §§ 70503(a), 70506(a) and (b)

A true bill,

Foreperson

Filed in open court this ______ day

of March, 2017.

_______________________
Clerk

Bail $___________________

GPO 863 525